UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60629-CIV-DIMITROULEAS/SNOW

WILLIAM C. GUTHRIE, on behalf of the
UNITED STATES OF AMERICA,

    Plaintiff/Relator,

vs.

A PLUS HOME HEALTH CARE, INC. *et al.*

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the Motion to Dismiss Defendants Sam and Christy Sareh (the "Motion") [DE 194], filed herein on March 18, 2014. The Court has carefully considered the Motion [DE 194] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 194] is hereby **GRANTED**;

2. This case is **DISMISSED WITH PREJUDICE** as to Defendants Sam and Christy Sareh;

3. The Court retains jurisdiction to adjudicate any motions regarding attorneys' fees as to Sam and Christy Sareh; and

4. This case remains open as to all other claims against all other defendants.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of March, 2014.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record