# CIVIL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE WILLIAM P. DIMITROULEAS

---

CASE NUMBER: 12-60629-CIV          DATE: November 4, 2014

COURTROOM CLERK: Stephanie Greene          COURT REPORTER: Fran Salopek

William C. Guthrie, Plaintiff/Relator   vs.   A Plus Home Health Care, Inc., Tracy Nemrofsky, and Stephen Nemrofsky

REPRESENTED BY:          REPRESENTED BY:
Harris K. Soloman, Esq.          Jaqueline M. Arango, Esq.


United States of America, Plaintiff

REPRESENTED BY:
Elizabeth Young, Esq.


REASON FOR HEARING: Hearing on Motion to Dismiss Due to Settlement [DE 198]

RESULT OF HEARING: Court heard arguments on the adequacy of the pending settlements.

DURATION OF HEARING: 1 hour 30 minutes